John F. Cove, Jr. (SBN 212213)
Perry Grossman (SBN 260570)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, California 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

Bruce A. Weil (FL State Bar No. 816469)
Lawrence V. Ashe (FL state Bar No. 932280)
BOIES, SCHILLER & FLEXNER LLP
100 S. E. 2ND Street, Suite 2800
Miami, FL 33131-2144
Telephone: (305) 539-8400
Facsimile: (305) 539-1307
*To Appear Pro Hac Vice*

Attorneys for Plaintiff Robert Zangrillo

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ZANGRILLO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PAUL GARDI,<br><br>　　　　Defendant. | Case No.: 12-cv-00217-RMW<br><br>**[] ORDER GRANTING PLAINTIFF'S MOTION TO ENLARGE TIME TO FILE OPPOSITION TO MOTION TO DISMISS**<br><br>[Filed concurrently with Motion to Enlarge Time to File Opposition to Motion to Dismiss and Declaration of Perry M. Grossman in Support of Motion to Enlarge Time to File Opposition to Motion to Dismiss.]<br><br>Date:　　　　None<br>Time:　　　　None<br>Courtroom:　None<br>Judge:　　　Hon. Ronald M. Whyte |

**[] ORDER**

Plaintiff's Motion to Enlarge Time to File Opposition to Motion to Dismiss is HEREBY GRANTED. It is HEREBY ORDERED that Plaintiff have until and including March 13, 2012 to file an opposition to Defendant's motion to dismiss; Defendant have until and including March 20, 2012 to file a reply; and the hearing on the motion to dismiss be continued until March 30, 2012.

DATED: _____                    *Ronald M. Whyte*

                                          HON. RONALD M. WHYTE
                                          UNITED STATES DISTRICT JUDGE