|   |   |
|---|---|
| 1<br>2<br>3 | John F. Cove, Jr. (SBN 212213)<br>Perry Grossman (SBN 260570)<br>BOIES, SCHILLER & FLEXNER LLP<br>1999 Harrison Street, Suite 900<br>Oakland, California  94612<br>Telephone:    (510) 874-1000<br>Facsimile: (510) 874-1460 |
| 4<br>5<br>6<br>7<br>8 | Bruce A. Weil (FL State Bar No. 816469)<br>Lawrence V. Ashe (FL state Bar No. 932280)<br>BOIES, SCHILLER & FLEXNER LLP<br>100 S. E. 2ND Street, Suite 2800<br>Miami, FL 33131-2144<br>Telephone:  (305) 539-8400<br>Facsimile:  (305) 539-1307<br>*To Appear Pro Hac Vice* |
| 9 | *Attorneys for Plaintiff Robert Zangrillo* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| ROBERT ZANGRILLO,<br><br>             Plaintiff,<br><br>     vs.<br><br>PAUL GARDI,<br><br>             Defendant. | Case No.:  12-cv-00217-RMW<br><br>**[] ORDER GRANTING PLAINTIFF'S MOTION TO ENLARGE TIME TO FILE OPPOSITION TO MOTION TO DISMISS**<br><br>[Filed concurrently with Motion to Enlarge Time to File Opposition to Motion to Dismiss and Declaration of Perry M. Grossman in Support of Motion to Enlarge Time to File Opposition to Motion to Dismiss.]<br><br>Date:         None<br>Time:         None<br>Courtroom:  None<br>Judge:        Hon. Ronald M. Whyte |
|---|---|

**[] ORDER**

Plaintiff's Motion to Enlarge Time to File Opposition to Motion to Dismiss is HEREBY GRANTED. It is HEREBY ORDERED that Plaintiff have until and including March 13, 2012 to file an opposition to Defendant's motion to dismiss; Defendant have until and including March 20, 2012 to file a reply; and the hearing on the motion to dismiss be continued until March 30, 2012.

DATED: _____           *Ronald M. Whyte*
                                  HON. RONALD M. WHYTE
                                  UNITED STATES DISTRICT JUDGE