1  John F. Cove, Jr. (SBN 212213)
   Perry Grossman (SBN 260570)
2  BOIES, SCHILLER & FLEXNER LLP
   1999 Harrison Street, Suite 900
3  Oakland, California  94612
   Telephone:   (510) 874-1000
4  Facsimile: (510) 874-1460

5  Bruce A. Weil (FL State Bar No. 816469)
   Lawrence V. Ashe (FL state Bar No. 932280)
6  BOIES, SCHILLER & FLEXNER LLP
   100 S. E. 2ND Street, Suite 2800
7  Miami, FL 33131-2144
   Telephone:  (305) 539-8400
8  Facsimile:  (305) 539-1307
   *To Appear Pro Hac Vice*
9
   *Attorneys for Plaintiff Robert Zangrillo*
10

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ZANGRILLO, | Case No.:  12-cv-00217-RMW |
| Plaintiff, | **THIRD STIPULATION AND [] ORDER ENLARGING TIME TO FILE OPPOSITION TO MOTION TO DISMISS AND REPLY TO OPPOSITION AND TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| vs. | |
| PAUL GARDI, | |
| Defendant. | [Filed concurrently with Declaration of Perry M. Grossman in Support of Third Stipulation Enlarging Time to File Opposition to Motion to Dismiss and Reply to Opposition and to Continue Case Management Conference.] |
| | Date:         None<br>Time:         None<br>Courtroom: None<br>Judge:       Hon. Ronald M. Whyte |

1  WHEREAS, Plaintiff Robert Zangrillo commenced this action on December 13, 2011;

2  WHEREAS, Defendant Paul Gardi removed this action to this Court on January 13, 2012;

3  WHEREAS, Defendant moved to dismiss Plaintiff's claim for civil extortion on January 20,
4  2012 (the "Motion");

5  WHEREAS, the parties met and conferred on January 31, 2012, regarding a non-litigated
6  resolution of this matter;

7  WHEREAS, at their meeting on January 31, 2012, the parties reached agreement on the
8  terms of a non-litigated resolution of this matter and are presently in the process of preparing
9  documentation to effectuate that agreed-upon resolution, which resolution will result in a voluntary
10  dismissal of this action with prejudice;

11  WHEREAS, the parties have now exchanged settlement documents and are currently
12  finalizing those documents, which are of such a nature and complexity that a reasonable period of
13  time, likely thirty days, will be required to finalize and execute the related documentation;

14  WHEREAS, this stipulation is not entered into for the purpose of delay, but instead to avoid
15  the needless expenditure of resources by the parties and this Court in view of the fact that the parties
16  have been able to achieve a settlement of this matter and now need only to prepare and execute the
17  related settlement documentation; and

18  NOW THEREFORE, the parties, by and through their undersigned counsel, hereby stipulate
19  as follows:

20  1.  Pursuant to Civil L.R. 6-2, Plaintiff's time to file his opposition to the Motion is
21  extended to and including April 13, 2012.

22  2.  Pursuant to Civil L.R. 6-2, Defendant's time to file his reply to Plaintiff's opposition
23  is extended to and including April 20, 2012.

24  3.  Pursuant to Civil L.R. 6-2, the hearing on the motion to dismiss is continued until
25  ~~April 30, 2012~~. May 25, 2012 at 9:00 a.m.

26  4.  Pursuant to Civil L.R. 6-2, the parties' time to file a Joint Case Management
27  Statement is extended to and including, ~~April 30, 2012~~. May 18, 2012

28

1  5. Pursuant to Civil L.R. 6-2, the Case Management Conference is continued until ~~May 7, 2012~~. **June 25, 2012.**

DATED: Menlo Park, California  **ALSTON & BIRD LLP**
       March 13, 2012

By:   /s/ Gidon M. Caine
      Gidon M. Caine
      Attorney for Defendant
      PAUL GARDI

DATED: Oakland, California  **BOIES, SCHILLER & FLEXNER, LLP**
       March 13, 2012

By:   /s/ Perry M. Grossman
      John F. Cove, Jr.
      Perry Grossman
      Attorneys for Plaintiff
      ROBERT ZANGRILLO

**BOIES, SCHILLER & FLEXNER, LLP**
1999 Harrison Street, Suite 900
Oakland, California  94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

**[] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 3/28/12

*/s/ Ronald M. Whyte*

HON. RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

THIRD STIPULATION AND [] ORDER ENLARGING TIME TO FILE OPPOSITION TO MOTION TO DISMISS AND REPLY TO OPPOSITION AND TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. 12-CV-00217-RMW