John F. Cove, Jr. (SBN 212213)
Perry Grossman (SBN 260570)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, California 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

Bruce A. Weil (FL State Bar No. 816469)
Lawrence V. Ashe (FL state Bar No. 932280)
BOIES, SCHILLER & FLEXNER LLP
100 S. E. 2ND Street, Suite 2800
Miami, FL 33131-2144
Telephone: (305) 539-8400
Facsimile: (305) 539-1307
*To Appear Pro Hac Vice*

*Attorneys for Plaintiff Robert Zangrillo*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ZANGRILLO, <br><br> Plaintiff, <br><br> vs. <br><br> PAUL GARDI, <br><br> Defendant. | Case No.: 12-cv-00217-RMW <br><br> **FOURTH STIPULATION AND [] ORDER ENLARGING TIME TO FILE OPPOSITION TO MOTION TO DISMISS AND REPLY TO OPPOSITION AND TO CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> [Filed concurrently with Declaration of Perry M. Grossman in Support of Fourth Stipulation Enlarging Time to File Opposition to Motion to Dismiss and Reply to Opposition and to Continue Case Management Conference.] <br><br> Date: None <br> Time: None <br> Courtroom: None <br> Judge: Hon. Ronald M. Whyte |

1   WHEREAS, Plaintiff Robert Zangrillo commenced this action on December 13, 2011;

2   WHEREAS, Defendant Paul Gardi removed this action to this Court on January 13, 2012;

3   WHEREAS, Defendant moved to dismiss Plaintiff's claim for civil extortion on January 20,
4   2012 (the "Motion");

5   WHEREAS, the parties met and conferred on January 31, 2012, regarding a non-litigated
6   resolution of this matter;

7   WHEREAS, at their meeting on January 31, 2012, the parties reached agreement on the
8   terms of a non-litigated resolution of this matter and are presently in the process of preparing
9   documentation to effectuate that agreed-upon resolution, which resolution will result in a voluntary
10  dismissal of this action with prejudice;

11  WHEREAS, the parties have now exchanged settlement documents and are currently
12  finalizing those documents, which are of such a nature and complexity that a reasonable period of
13  time, likely thirty days, will be required to finalize and execute the related documentation;

14  WHEREAS, this stipulation is not entered into for the purpose of delay, but instead to avoid
15  the needless expenditure of resources by the parties and this Court in view of the fact that the parties
16  have been able to achieve a settlement of this matter and now need only to prepare and execute the
17  related settlement documentation; and

18  NOW THEREFORE, the parties, by and through their undersigned counsel, hereby stipulate
19  as follows:

20  1.   Pursuant to Civil L.R. 6-2, Plaintiff's time to file his opposition to the Motion is
21  extended to and including May 14, 2012.

22  2.   Pursuant to Civil L.R. 6-2, Defendant's time to file his reply to Plaintiff's opposition
23  is extended to and including May 21, 2012.

24  3.   Pursuant to Civil L.R. 6-2, the hearing on the motion to dismiss is continued until L,
25       2012.

26  4.   Pursuant to Civil L.R. 6-2, the parties' time to file a Joint Case Management
27  Statement is extended to and including, May 30, 2012.

28

FOURTH STIPULATION AND [] ORDER ENLARGING TIME TO FILE OPPOSITION TO MOTION TO
DISMISS AND REPLY TO OPPOSITION AND TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. 12-CV-00217-RMW

5. Pursuant to Civil L.R. 6-2, the Case Management Conference is continued until June : , 2012.

DATED: Menlo Park, California  
April 11, 2012

**ALSTON & BIRD LLP**

By: _____/s/ Gidon M. Caine_____  
Gidon M. Caine

Attorney for Defendant  
PAUL GARDI

DATED: Oakland, California  
April 11, 2012

**BOIES, SCHILLER & FLEXNER, LLP**

By:_____/s/ John F. Cove, Jr._____  
John F. Cove, Jr.  
Perry Grossman

Attorneys for Plaintiff  
ROBERT ZANGRILLO

Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:___Í ▉▉FG_____  _____  
HON. RONALD M. WHYTE  
UNITED STATES DISTRICT JUDGE