| | |
|---|---|
| John F. Cove, Jr. (SBN 212213)<br>Perry M. Grossman (SBN 260570)<br>BOIES, SCHILLER & FLEXNER LLP<br>1999 Harrison Street, Suite 900<br>Oakland, California 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460 | Gidon M. Caine (SBN 188110)<br>Alston & Bird LLP<br>275 Middlefield Road, Suite 150<br>Menlo Park, California 94025<br>Telephone: (650) 838-2060<br>Facsimile: (650) 838-2001 |
| Bruce A. Weil (FL State Bar No. 816469)<br>Lawrence V. Ashe (FL state Bar No. 932280)<br>BOIES, SCHILLER & FLEXNER LLP<br>100 S. E. 2ND Street, Suite 2800<br>Miami, Florida 33131-2144<br>Telephone: (305) 539-8400<br>Facsimile: (305) 539-1307<br>*To Appear Pro Hac Vice* | John E. Stephenson<br>Jeffery J. Swart<br>Alston & Bird, LLP<br>1201 West Peachtree Street<br>Atlanta, Georgia 30309<br>Telephone: (404) 881-7000<br>*To Appear Pro Hac Vice* |
| *Attorneys for Plaintiff Robert Zangrillo* | *Attorneys for Defendant Paul Gardi* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ZANGRILLO,<br><br>    Plaintiff,<br><br>vs.<br><br>PAUL GARDI,<br><br>    Defendant. | Case No.: 12-cv-00217-RMW<br><br>**JOINT STIPULATION AND [] ORDER RE: VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Date:       None<br>Time:       None<br>Courtroom: None<br>Judge:      Hon. Ronald M. Whyte |

1  WHEREAS, the parties have entered into an agreement, in which both sides
2  have agreed to bear their own fees and costs, providing for the voluntary dismissal
3  with prejudice of any and all claims and/or counterclaims, compulsory and/or
4  permissive, known and/or unknown, which were or could have been brought in this
5  action between Plaintiff ROBERT ZANGRILLO and Defendant PAUL GARDI,

6  WHEREAS, because this order of dismissal is sought with the consent of the
7  parties and Federal Rules of Civil Procedure 23, 23.1, and 66 do not apply to this case,
8  pursuant to L.R. 77-2(c), this order may be granted by the Clerk of this Court without
9  further direction of a Judge.

10  NOW THEREFORE PURSUANT TO RULE 41(a)(1) OF THE FEDERAL
11  RULES OF CIVIL PROCEDURE, IT IS HEREBY STIPULATED AND AGREED
12  by and among Plaintiff and Defendant, by and through their undersigned counsel, that
13  this action, including all claims and counterclaims, compulsory and/or permissive,
14  known and unknown, that were brought or could have been brought by either party,
15  shall be, and hereby is, dismissed WITH PREJUDICE.  Parties to bear their own fees
16  and costs.
17  ///
18  ///
19  ///

IT IS SO STIPULATED.

DATED: May 30, 2012  
Oakland, California

**BOIES, SCHILLER & FLEXNER, LLP**

By:  \_\_\_\_/s/ Perry M. Grossman_____
Perry M. Grossman

Attorneys for Plaintiff
ROBERT ZANGRILLO

DATED: May 30, 2012  
Atlanta, Georgia

**ALSTON & BIRD LLP**

By:  \_\_\_\_/s/ John E. Stephenson_____
John E. Stephenson

Attorney for Defendant
PAUL GARDI

Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

**[] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:_____    _____
HON. RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE